UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES ARTHUR PLUNKETT, | ) | NO. ED CV 10-0813 DOC (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| WARDEN, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: September 14, 2010

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE